IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARK KEMP, et al., | § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-14-1090 |
| DATABANK IMX, LLC, et al. | § § | |
| Defendants. | § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation (Docket No. 51),[1] the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is, therefore, **ORDERED** that the Memorandum and Recommendation is hereby **ADOPTED** by this court. The court shall enter a separate order regarding class notification.

The Clerk shall send copies of this Order to the respective parties.

**SIGNED** at Houston, Texas, this 24th day of April, 2015.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE

---

[1] The parties filed no objections to the Memorandum and Recommendation.